# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JAMES KELLY,

       Plaintiff,

vs.

DON HELLING et al.,

       Defendants.

Case No.: 3:13-cv-00551-RCJ-WGC

**ORDER**

This case arises out of alleged retaliation against a correctional officer by his superiors based on his protected speech. Pending before the Court is a Motion for Summary Judgment (ECF No. 21). Shortly before Defendants filed the present motion, Plaintiff's counsel was suspended by the Nevada Supreme Court. The Court will therefore give Plaintiff sixty (60) days to: (1) associate substitute counsel or inform the Court that he will proceed in pro se; and (2) respond to the motion.

///

///

///

///

///

## CONCLUSION

IT IS HEREBY ORDERED that Plaintiff shall have sixty (60) days from the entry of this Order into the electronic docket to respond to the Motion for Summary Judgment (ECF No. 21).

IT IS FURTHER ORDERED that Plaintiff shall have sixty (60) days from the entry of this Order into the electronic docket to associate substitute counsel or notify the Court that he will proceed in pro se.

IT IS FURTHER ORDERED that Defendants' counsel shall serve a copy of this Order upon Plaintiff.

IT IS SO ORDERED.

Dated this 10th day of July, 2014.

_____
ROBERT C. JONES
United States District Judge